5 A.3d 816

Lamont WALKER, Petitioner

v.

Clerk of Court, Joseph EVERS, Common Pleas Court of Phila., Respondent.

No. 81 EM 2010.

Supreme Court of Pennsylvania.

Oct. 4, 2010.

## ORDER

PER CURIAM.

AND NOW, this 4th day of October, 2010, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and the Application for an Immediate Hearing on Pending Petition for Writ of Mandamus are **DENIED.**